TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00273-CV

Kenneth Frisbie, Appellant

v.

State of Texas, The Cities of Plano, McKinney, Wylie, Dallas, Farmers Branch,

DeSoto, Grand Prairie, and Arlington, Texas, and Transit Authority of 

Dallas, Texas, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT

NO. 95-08347, HONORABLE PETER M. LOWRY, JUDGE PRESIDING 

PER CURIAM

 Appellant Kenneth Frisbie appeals from the trial court's Interlocutory Agreed
Judgment. Because appellant has failed to file a brief, we will dismiss the appeal for want of
prosecution. See Tex. R. App P. 38.8(a)(1), 42.3(b).

 The Clerk of this Court filed the clerk's record in this cause on July 16, 1998. 
Accordingly, appellant's brief was due on Monday, August 17, 1998. See id. 38.6(a)(1). On
August 25, 1998, this Court granted Appellant's First Amended Motion for Extension of Time to
File Appellant's Brief, establishing a new due date of November 23, 1998.

 The Clerk of this Court filed a Motion to Withdraw as Attorney for Appellant, on
behalf of Steven R. Wolfson on September 3, 1998. Appellant's Motion to Withdraw as Attorney
for Appellant was granted on September 18, 1998.

 Thus far, appellant has not submitted a brief. Accordingly, we dismiss the appeal
for want of prosecution on our own motion. Id. 42.3(b).

Before Justices Jones, B. A. Smith and Yeakel

Dismissed for Want of Prosecution

Filed: February 4, 1999

Do Not Publish